IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| UNITED STATES OF AMERICA | : | CASE NO. 3:09 cr 0125 |
|---|---|---|
| vs. | : | THOMAS M. ROSE |
| **ERIC ADAMS** | : | **INFORMATION** |
| | | 18 U.S.C. §§ 2252(a)(4)(B) and (b)(2) |
| | : | FORFEITURE |

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT 1
(Possession of Child Pornography)

Beginning on or about April 12, 2006 and continuing until on or about July 22, 2008, in the Southern District of Ohio, and elsewhere, **ERIC ADAMS,** defendant herein, did knowingly possess one or more visual depictions, which depictions had been transported in interstate commerce, to wit: the defendant, using a computer and modem, received, via the Internet and interstate commerce, numerous files, including but not limited to Joint Photographic-Experts Group and Temporary (JPG and TMP files), all of which, as the defendant then knew, contained visual depictions, the producing of which involved the use of minors engaged in sexually explicit conduct as defined in Title 18, United States Code, Section 2256, all in violation of Title 18, United States Code, Section 2252(a)(4)(B) and (b)(2).

### FORFEITURE ALLEGATION
(Child pornography)

Upon conviction of Count 1 in this Information, defendant **ERIC ADAMS** shall forfeit to the United States pursuant to 18 U.S.C. § 2253, all visual depictions which were produced, transported, mailed, shipped or received in violation of the law; all property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offense; and all

property, real and personal, used or intended to be used to commit or to promote the commission of the offense, including but not limited to the following specific items which were found in the possession of **ERIC ADAMS** on or about July 22, 2008:

One E-Machine Desktop Computer System, Serial No. RN558162-071

GREGORY G. LOCKHART
UNITED STATES ATTORNEY

VIPAL J. PATEL
Deputy Criminal Chief

2