***AMENDED/CORRECTED***
**PLEA ON INFORMATION**              Date & Time: 8/24/2009 @1:30 pm

**CASE CAPTION:  USA v. ERIC ADAMS**           **CASE NUMBER: 3:09-cr-125**

Plaintiff's Attorney: AUSA Sheila Lafferty

Defendant's Attorney: Dana Stamps

Pretrial Services Officer:  Patrick Kennedy

Defendant appeared with counsel.

Defendant's right to Grand Jury consideration and Indictment explained and Defendant stated he understood this right.

Defendant waived right to Indictment.

Waiver of Indictment form signed by Defendant and Defendant Counsel.

Defendant's constitutional rights explained and Defendant stated he understood rights.

Defendant waived constitutional rights.

Defendant sentencing guidelines range discussed and Defendant stated he understood possible sentence.

Guidelines levels stated as Level 27 (70-87 months).

Plea agreement read into the record by AUSA Sheila Lafferty.

*Acceptance of the Plea agreement is deferred pending a review of the PSI*.

Statement of Facts read into record by Judge Walter H. Rice.

Defendant acknowledged accuracy of Statement of Facts.

Defendant entered a plea of   GUILTY   to Count(s) 1 of the Information.

Plea accepted and made a permanent part of the record.

Defendant referred to Probation Department for Presentence Investigation (PSI).

Bond of _____ set.

Conditions of Bond: *Previously set and met continued pending further order of the court.*

Other:

Deft sentencing memorandum due by COB 11/10/2009 and any response by Govt by COB 11/17/09.

**SENTENCING SET FOR:     THURSDAY, NOVEMBER 19, 2009 @ 11:00 AM**

COURT REPORTER: Debra Futrell            CONVENE: 1:41 pm/ 1:58 pm

DEPUTY CLERK:    Cindy Fugate             RECESS: 1:49 pm/ 2:52 pm