IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:09CR125 |
| Plaintiff, | : | Judge Walter Herbert Rice |
| v. | : | |
| ERIC ADAMS, | : | |
| Defendant. | : | |

### FINAL ORDER OF FORFEITURE OF DEFENDANT ERIC ADAMS' ASSETS

WHEREAS, on November 19, 2009, this Court entered a Preliminary Order of Forfeiture (Doc. 10) ordering the forfeiture, pursuant to 18 U.S.C. § 2253(a)(1) and (3), of the following property:

a. One E-Machine desktop computer system, serial number RN558162-071;

WHEREAS, the United States published notice of this forfeiture action and the intent of the United States to dispose of the property in accordance with law, and further notified all parties of their right to petition the Court for a hearing to adjudicate the validity of their alleged interest in the property, beginning on November 21, 2009, continuing for at thirty (30) consecutive days and ending on December 20, 2009, on the www.forfeiture.gov website, and a Declaration of Publication was filed on December 29, 2009, specifying the details of publication. (Doc. 14); and

WHEREAS, the United States did not send direct written notice of the Preliminary Order of Forfeiture because there was no person who reasonably appeared to be a potential claimant with standing to contest the forfeiture of the property in an ancillary proceeding; and

WHEREAS, no timely petition has been filed to the property listed above; and

WHEREAS, on December 22, 2009, a Judgment was entered and in the Judgment the Defendant was ordered to forfeit the following property:

    a. One E-Machine desktop computer system, serial number RN558162-071;

WHEREAS, the Court finds that defendant had an interest in the property; the United States has established the requisite nexus between the property and the offense; and the United States has established that the property is subject to forfeiture pursuant to 18 U.S.C. § 2253(a)(1) and (3);

NOW THEREFORE, IT IS HEREBY, ORDERED, ADJUDGED AND DECREED that the Preliminary Order of Forfeiture entered in this action on November 19, 2009 (Doc. 10), ordering the forfeiture, pursuant to 18 U.S.C. § 2253(a)(1) and (3), of the following property:

    a. One E-Machine desktop computer system, serial number RN558162-071

is final; and

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all right, title and interest to the property described above is hereby condemned, forfeited and vested in the United States of America and the United States has clear title to the property described above; and

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the custodian of the property is hereby authorized to dispose of the property in accordance with the law; and

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Final Order of Forfeiture.

SO ORDERED:

Dated: 4.5-10

                                                    HONORABLE WALTER HERBERT RICE
                                                    UNITED STATES DISTRICT JUDGE