IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs | ) | Case No. 3:09CR125 |
| ERIC ADAMS | ) | JUDGE WALTER H. RICE |
| | ) | |

## ORDER

Based on information provided by the United States Probation Office, the defendant may attend approved family functions where minors will be present. Mr. Adams will be in the presence of other adults and will never be alone with any of the minors. The defendant is hereby granted permission to attend family functions if approved by the probation officer.

So Ordered:

Dated this _____ day of __april__, 2014

_____
The Honorable Walter H. Rice,
United States District Court Judge

CC: Dana Stamps, Defense Counsel
　　Sheila Lafferty, United States Attorney's Office
　　Chris Owens, United States Probation Office